No. 183. STONE & DOWNER CO. ET AL. *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari

620

to the Court of Customs and Patent Appeals denied. *Mr. Edward P. Sharrette* for petitioners. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.